# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RATIO CHRISTI AT THE UNIVERSITY OF NEBRASKA-LINCOLN, ZACHARY THOMPSON, HOLLY FISCHER, WILLIAM JOHNSON, and ELENA THOMSON,<br><br>Plaintiffs,<br><br>vs.<br><br>PAUL KENNEY, Chair of the Board of Regents of the University of Nebraska, in his individual and official capacity; BOB PHARES, Vice Chair of the Board of Regents of the University of Nebraska, in his individual and official capacity; TIMOTHY CLARE, Member of the Board of Regents of the University of Nebraska, in his individual and official capacity; JACK STARK, Member of the Board of Regents of the University of Nebraska, in his individual and official capacity; JIM PILLEN, Member of the Board of Regents of the University of Nebraska, in his individual and official capacity; ELIZABETH O'CONNOR, Member of the Board of Regents of the University of Nebraska, in her individual and official capacity; ROBERT SCHAFER, Member of the Board of Regents of the University of Nebraska, in his individual and official capacity; BARBARA WEITZ, Member of the Board of Regents of the University of Nebraska, in her individual and official capacity; TED CARTERJR., President of the University of Nebraska, individually and in his official capacity; RONNIE GREEN, Chancellor for the University of Nebraska-Lincoln, in his individual and official capacity; LAURIE BELLOWS, Vice Chancellor for Student Affairs, in her individual and official capacities;  THE UNIVERSITY PROGRAM COUNCIL,  BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, VERONICA RIEPE, Director of Student Leadership, Involvement & Community Engagement, in her official and individual capacity; KAREN FREIMUND WILLS, UPC Nebraska Program Coordinator, in her official and individual capacity; JACOB DRAKE, President, Association of Students of the University of Nebraska at Lincoln, in his official capacity; | 4:21CV3301<br><br>ORDER |

and KIRSTEN WANDREY, President, University Program Council, in her official capacity;

                    Defendants.

The Court has been advised that the parties in the above-captioned matter have settled their claims.

Accordingly,

**IT IS ORDERED** that:

1. By **November 30, 2022**, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of court, together with submitting to the trial judge a draft order which will fully dispose of the case.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The clerk of court is directed to terminate the pretrial and trial settings, and any hearings set in this case.

Dated this 14th day of November, 2022.

                    BY THE COURT:

                    s/ Susan M. Bazis
                    United States Magistrate Judge