IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RATIO CHRISTI AT THE UNIVERSITY OF NEBRASKA-LINCOLN; ZACHARY THOMPSON; HOLLY FISCHER; WILLIAM JOHNSON; and ELENA THOMSON,<br><br>*Plaintiffs,*<br><br>v.<br><br>The Members of the Board of Regents of the University of Nebraska: TIMOTHY CLARE, JACK STARK, JIM PILLEN, ELIZABETH O'CONNOR, ROBERT SCHAFER, CHAIR PAUL KENNEY, VICE CHAIR BOB PHARES, and BARBARA WEITZ, all in their official and individual capacities;<br><br>TED CARTER JR., President of the University of Nebraska, in his official and individual capacities;<br><br>RONNIE GREEN, Chancellor for the University of Nebraska-Lincoln; LAURIE BELLOWS, Vice Chancellor for Student Affairs; VERONICA RIEPE, Director of Student Leadership, Involvement & Community Engagement; and KAREN FREIMUND WILLS, UPC Nebraska Program Coordinator, all in their official and individual capacities; and<br><br>THE UNIVERSITY PROGRAM COUNCIL; JACOB DRAKE, President, Association of Students of the University of Nebraska at Lincoln, in his official capacity; and KIRSTEN WANDREY, President, University Program Council, in her official capacity,<br><br>*Defendants.* | Case No. 4:21-cv-3301-JMG-SMB<br><br>**ACCEPTANCE OF OFFER OF PARTIAL JUDGMENT** |

Plaintiffs Ratio Christi at the University of Nebraska-Lincoln, Zachary Thompson, Holly Fischer, William Johnson, and Elena Thomson accept the offer of partial judgment made under Rule 68 of the Federal Rules of Civil Procedure by Defendants Veronica Riepe and Karen Freimund Wills, in their individual capacities only, on October 19, 2022.

Dated this 1st day of November, 2022.

                                                RATIO CHRISTI AT THE UNIVERSITY OF NEBRASKA-LINCOLN; ZACHARY THOMPSON; HOLLY FISCHER; WILLIAM JOHNSON; and ELENA THOMSON, Plaintiffs

By:     s/ *Greggory R. Walters*
Greggory R. Walters*
AZ Bar No. 036590
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
Facsimile: (480) 444-0028
gwalters@adflegal.org

J. Caleb Dalton*
VA Bar No. 83790
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Ste. 600
Washington, DC 20001
Telephone: (202) 393-8690
Facsimile: (202) 393-3622
cdalton@adflegal.org

Richard J. Wall, Jr.
Bar No. 25432
THE ESTATE PLANNING LAW FIRM OF RICHARD J. WALL, JR., P.C., L.L.O.
2935 Pine Lake Road, Suite D
Lincoln, NE 68516
Telephone: (402) 421-8686
Facsimile: (402) 421-3225
rj@walljr.com

*Admitted pro hac vice*

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on November 1, 2022, I served a copy of the foregoing on the defendants' counsel of record by email:

Andre R. Barry at abarry@clinewilliams.com; and

Nathan D. Clark at nclark@clinewilliams.com,

and by placing a copy of the foregoing in the United States Mail, First Class and postage prepaid, addressed to:

Andre R. Barry
Nathan D. Clark
Cline Williams Wright Johnson & Oldfather, L.L.P.
233 South 13th Street
1900 US Bank Bldg.
Lincoln, NE 68508

s/ *Greggory R. Walters*
Greggory R. Walters