IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RATIO CHRISTI AT THE UNIVERSITY OF NEBRASKA-LINCOLN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>PAUL KENNEY, Chair of the Board of Regents of the University of Nebraska, in his individual and official capacity, et al.,<br><br>Defendants. | 4:21-CV-3301<br><br>PARTIAL JUDGMENT |

On the plaintiffs' Acceptance of Offer of Partial Judgment (filing 52), partial judgment is hereby entered pursuant to Fed. R. Civ. P. 54(b), Fed. R. Civ. P. 58, and Fed. R. Civ. P. 68(a), against defendants Veronica Riepe and Karen Freimund Wills in their individual capacities only, jointly and severally in the total amount of $1,500.

Dated this 12th day of December, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge