IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RATIO CHRISTI AT THE UNIVERSITY OF NEBRASKA–LINCOLN; ZACHARY THOMPSON; HOLLY FISCHER; WILLIAM JOHNSON; and ELENA THOMSON,<br><br>Plaintiffs,<br><br>v.<br><br>The Members of the Board of Regents of the University of Nebraska: TIMOTHY CLARE, JACK STARK, JIM PILLEN, ELIZABETH O'CONNOR, ROBERT SCHAFER, CHAIR PAUL KENNEY, VICE CHAIR BOB PHARES, and BARBARA WEITZ, all in their official and individual capacities;<br><br>TED CARTER JR., President of the University of Nebraska, in his official and individual capacities;<br><br>RONNIE GREEN, Chancellor for the University of Nebraska–Lincoln; LAURIE BELLOWS, Vice Chancellor for Student Affairs; VERONICA RIEPE, Director of Student Leadership, Involvement & Community Engagement; and KAREN FREIMUND WILLS, UPC Nebraska Program Coordinator, all in their official and individual capacities; and<br><br>THE UNIVERSITY PROGRAM COUNCIL; JACOB DRAKE, President, Association of Students of the University of Nebraska at Lincoln, in his official capacity; and KIRSTEN WANDREY, President, University Program Council, in her official capacity,<br><br>Defendants. | Case No. 4:21-cv-3301<br><br><br><br><br><br><br><br><br><br>**PLAINTIFFS' MOTION AND STIPULATION TO DISMISS WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiffs Ratio Christi at the University of Nebraska-Lincoln, Zachary Thompson, Holly Fischer, William Johnson, and Elena Thomson, through their undersigned attorneys, and move for dismissal of all remaining claims and requests for relief in this action with prejudice, with each party to pay its own costs and fees. All Defendants in this action, through their undersigned attorneys, stipulate to this dismissal with prejudice.

DATED this 15th day of December 2022.

                              RATIO CHRISTI AT THE
                              UNIVERSITY OF NEBRASKA-
                              LINCOLN; ZACHARY THOMPSON;
                              HOLLY FISCHER; WILLIAM
                              JOHNSON; and ELENA THOMSON,
                              Plaintiffs

By:    s/ Greggory R. Walters
        Greggory R. Walters*
        AZ Bar No. 036590
        ALLIANCE DEFENDING FREEDOM
        15100 N. 90th Street
        Scottsdale, AZ 85260
        Telephone: (480) 444-0020
        Facsimile: (480) 444-0028
        gwalters@adflegal.org

        J. Caleb Dalton*
        VA Bar No. 83790
        ALLIANCE DEFENDING FREEDOM
        440 First Street NW, Ste. 600
        Washington, DC 20001
        Telephone: (202) 393-8690
        Facsimile: (202) 393-3622
        cdalton@adflegal.org

        Richard J. Wall, Jr.
Bar No. 25432
THE ESTATE PLANNING
LAW FIRM OF
RICHARD J. WALL, JR., P.C., L.L.O.
2935 Pine Lake Road, Suite D
Lincoln, NE 68516
Telephone: (402) 421-8686
Facsimile: (402) 421-3225
rj@walljr.com
*Admitted pro hac vice
*Attorneys for Plaintiffs*

BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, Defendants

By:   s/ Andre R. Barry
Andre R. Barry #22505
Nathan D. Clark #25857
CLINE WILLIAMS WRIGHT
JOHNSON & OLDFATHER, L.L.P.
1900 U.S. Bank Building
233 South 13th Street
Lincoln NE 68508
Telephone: (402) 474-6900
Fax: (402) 474-5393
abarry@clinewilliams.com
nclark@clinewilliams.com

## CERTIFICATE OF SERVICE

I, Greggory R. Walters hereby certify that on December 15, 2022, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Nebraska, causing notice of such filing to be served upon all parties registered on the CM/ECF system.

        s/Greggory R. Walters
        Greggory R. Walters

4884-1991-4052, v. 1