IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RATIO CHRISTI AT THE UNIVERSITY OF NEBRASKA-LINCOLN, et al., | |
| Plaintiffs, | 4:21-CV-3301 |
| vs. | JUDGMENT |
| PAUL KENNEY, Chair of the Board of Regents of the University of Nebraska, in his individual and official capacity, et al., | |
| Defendants. | |

On the parties' stipulation to dismiss with prejudice (filing 55), the plaintiffs' remaining claims are dismissed with prejudice, all parties to pay their own costs and fees.

Dated this 15th day of December, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge